UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

TWIN CITY FLOOR COVERING INDUSTRY PENSION FUND AND TWIN CITY FLOOR COVERING INDUSTRY FRINGE BENEFIT TRUST FUND,

Plaintiffs,

Civil No. 00-1182 PAM/JGL

vs.

**ORDER TO SHOW CAUSE**

J. NICHOLAS INC., d/b/a TOP NOTCH FLOORS, and JULIAN NICHOLAS JAYASURIYA III, individually

Defendants.

The above matter came before the Court upon Plaintiffs' Motion Seeking an Order to Show Cause to hold Defendants in civil contempt for failure to obey the Court's previous Order dated October 20, 2000, which ordered Defendants to produce fringe benefit fund reports for the period June, 1999 through the date of the Order. Pursuant to that Motion the Court now makes the following Order:

IT IS HEREBY ORDERED:

1. Defendant is hereby ordered to personally appear before this Court on December 20, 2000 at 10 AM at the United States Courthouse, Courtroom 730 316 North Robert Street, St. Paul, Minnesota to show cause, if any, why a Contempt of Court Order should not be entered adjudging the Defendants in civil contempt of this Court for continuing to refuse to produce fringe benefit fund reports for the period June,

FILED DEC 01 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

1999 through October 20, 2000 and that Defendant Julian Nicholas Jayasuriya, III, individually and as officer of Defendant J. Nicholas Inc., should show cause why he should not be committed to confinement until compliance with the Court's Order of October 20, 2000.

BY THE COURT:

Date: December 1, 2000

Paul A. Magnuson
United States District Court Judge