UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

TWIN CITY FLOOR COVERING INDUSTRY PENSION FUND AND TWIN CITY FLOOR COVERING INDUSTRY FRINGE BENEFIT TRUST FUND,

Plaintiffs,

vs.

J. NICHOLAS INC., d/b/a TOP NOTCH FLOORS, and JULIAN NICHOLAS JAYASURIYA III, individually

Defendants.

Civil No. 00-1182 PAM/JGL

RECEIVED BY MAIL
JUN 07 2001
CLERK US DIST COURT
ST. PAUL, MN

**NOTICE OF WITHDRAWAL OF MOTION SEEKING AN ORDER TO SHOW CAUSE** AND ORDER

**PLEASE TAKE NOTICE** that the Twin city Floor Covering Industry Pension Fund and Twin city Floor Covering Industry Fringe Benefit Trust Fund, Plaintiffs in the above-captioned matter, hereby move the Court for dismissal of its motion seeking an Order to Show Cause. Defendants J. Nicholas Inc., d/b/a Top Notch Floors and Julian Nicholas Jayasuriya III have complied with the terms of the October 20, 2000 Order of Judge Magnuson for which contempt was sought.

In support of this Motion, the Fund relies upon the previous filings and pleadings on record with the Court and the Affidavit of Jacqueline M. Beaulieu submitted herewith.

FILED JUN 08 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

MCGRANN SHEA ANDERSON CARNIVAL
STRAUGHN & LAMB, CHARTERED

Date: June 6, 2001.

By: Jacqueline Beaulieu

Jacqueline M. Beaulieu
Att'y Reg. No. 293088
2600 US Bancorp Center
800 Nicollet Mall
Minneapolis, MN 55402
(612) 338-2525
ATTORNEYS FOR PLAINTIFFS

**ORDER**

IT IS HEREBY ORDERED that Plaintiffs motion to withdraw the motion seeking an Order to Show Cause is granted.

**IT IS SO ORDERED.**

Date: June 8, 2001

Paul A. Magnuson
Judge of District Court