UNITED STATES DISTRICT COURT

**ORIGINAL**

DISTRICT OF MINNESOTA

TWIN CITY FLOOR COVERING INDUSTRY PENSION FUND AND TWIN CITY FLOOR COVERING INDUSTRY FRINGE BENEFIT TRUST FUND,

Plaintiff,

vs.

J. NICHOLAS, INC., d/b/a TOP NOTCH FLOORS and JULIAN NICHOLAS JAYASURIYA, III, individually,

Defendants.

Civil No.: 00-1182 PAM/JGL

**STIPULATION OF DISMISSAL AND ORDER**

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that plaintiff's Complaint in the above-entitled action be dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure and that the Court may enter and file the following Order.

Dated: 4/1/02, 2002

CALDECOTT & FORRO

By [signature]
David R. Forro (I.D. No. 150708)
Attorneys for Defendants
431 South Seventh Street
Minneapolis, MN 55415
Telephone: (612) 332-4455

Dated: 4/9/02, 2002

MCGRANN SHEA ANDERSON CARNIVAL STRAUGHN & LAMB, CHARTERED

By [signature]
Pamela H. Nissen (I.D. No. 259810)
Attorneys for Plaintiffs
U.S. Bancorp Center
800 Nicollet Mall, Suite 2600
Minneapolis, MN. 55402-7035
Telephone: (612) 338-2525

APR 11 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Based upon the foregoing STIPULATION,

IT IS HEREBY ORDERED that all claims by or against the parties in the above-entitled action be and hereby are dismissed with prejudice, without further costs, disbursements, or attorneys' fees to any party.

Dated: April 11, 2002

By ______________________
Paul A. Magnuson
Judge of District Court